UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

LUISITO L DELOSREYES                                    Case No. 3:21-bk-00022-JAF

_____ Debtor        /

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN

1.    NOTICE is hereby given that the Debtor has completed the Chapter 13 bankruptcy plan
by making all required payments and prior to Trustee discharge, disbursements to the
allowed priority, secured and attorney fee claims will have been made as set forth in the
attached Exhibit A.

2.   Debtor(s) has complied with all applicable requirements contained in 11 U.S.C. §1328,
including but not limited to, domestic support obligation certifications contained in
§1328 (a) and certification of the completion of an approved instructional course
concerning personal financial management set forth in §1328 (g)(1).

3.   If appropriate in all other manners, a Discharge of Debtor(s) should be entered as soon as
practicable by the Clerk of the Court.

Respectfully submitted this 2nd day of February, 2024.

/s/ Douglas W. Neway
_____
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

Copies to:
Luisito L Delosreyes, 6861 Southern Oaks Drive W, Jacksonville, Fl 32244
D C Higginbotham Esquire, Higginbotham Law Firm, 5651 Colcord Avenue, Jacksonville, Fl 32211

# Douglas W. Neway
## Chapter 13 Standing Trustee
**Post Office Box 4308**
**Jacksonville, Florida 32201-4308**

**Phone: 904-358-6465**          **www.ch13jaxfl.com**          **Facsimile: 904-634-0038**

## CHAPTER 13 ACCOUNTING FOR
LUISITO L DELOSREYES
Case No: 3:21-BK-00022-JAF

## DISBURSEMENT TO CREDITORS

| Creditor's Name | Class | Claim Amount | Payments | Balance |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORA | S | $0.00 | $0.00 | 0.00 |
| SUNTRUST BANK | S | $0.00 | $0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | S | $0.00 | $0.00 | 0.00 |
| FREEDOMROAD FINANCIAL | S | $0.00 | $0.00 | 0.00 |
| D C HIGGINBOTHAM ESQUIRE | P | $0.00 | $0.00 | 0.00 |
| HIGGINBOTHAM LAW FIRM | P | $4,400.00 | $4,400.00 | 0.00 |
| INTERNAL REVENUE SERVICE | P | $0.00 | $0.00 | 0.00 |
| MIDMORTGAGE AMERICA INC. | S | $0.00 | $0.00 | 0.00 |
| BMO BANK NA | S | $0.00 | $0.00 | 0.00 |